TODD BLANCHE
Deputy Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
JOSHUA BRISTER
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Joshua.Brister@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LOURDES CHAVEZ-ONTIVEROS, <br><br> Defendant. | Case No. 2:25-cr-00336-RFB-BNW <br><br> **MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT LOURDES CHAVEZ-ONTIVEROS** |

On November 18, 2025, a federal grand jury returned a sealed indictment charging defendant Lourdes Chavez-Ontiveros, among others, with Conspiracy to Money Launder, in violation of 18 U.S.C. § 1956(h), and Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 846 and 841. (ECF 1.) The same day, the Court issued an arrest warrant for defendant. (ECF 2.) On November 20, 2025, defendant made her initial appearance, and the next day, she was ordered released on a personal recognizance bond. (ECF 28.)

1

Because defendant was not authorized to be present in the United States, ICE gave her the option of voluntarily departing the country or facing removal proceedings. On or about December 15, 2025, defendant voluntarily departed the United States for Mexico.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment against Lourdes Chavez-Ontiveros without prejudice. This dismissal does not affect the charges against the remaining defendants.

DATED: March 24, 2026.

Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

/s/ Joshua Brister
JOSHUA BRISTER
Assistant United States Attorney

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

     Plaintiff,

  vs.

LOURDES CHAVEZ-ONTIVEROS,

     Defendant.

Case No. 2:25-cr-00336-RFB-BNW

**ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT LOURDES CHAVEZ-ONTIVEROS**

   Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and upon leave of Court, the United States hereby dismisses without prejudice the Indictment against defendant Lourdes Chavez-Ontiveros. This dismissal does not affect the charges against the remaining defendants.

             Respectfully submitted,

             TODD BLANCHE
             Deputy Attoreny General

             */s/Joshua Brister*
             JOSHUA BRISTER
             Assistant United States Attorney

   Leave of Court is granted for the filing of the above dismissal.

Dated this the 20th day of April, 2026.

             _____
             HON. RICHARD F. BOULWARE
             UNITED STATES DISTRICT JUDGE